**GreenbergTraurig**

Roger B. Kaplan
Tel 973.360.7900
Fax 973.301.8410
kaplanr@gtlaw.com

March 25, 2024

Application granted. The initial pretrial conference originally scheduled for April 12, 2024 is adjourned to October 11, 2024 at 2:00 p.m. Not later than October 4, 2024, the parties shall submit their joint letter and proposed case management plan. If Defendant has not been served by that time, Plaintiffs shall instead file a letter updating the Court on the status of the case.

**VIA ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED.

_____
Hon. Ronnie Abrams
March 26, 2024

Re: ***Cerovene, Inc., and Dr. Reddy's Laboratories, Inc. vs. Fukuzyu Pharmaceutical Co., Ltd., Case No. 24-cv-464-RA (S.D.N.Y.)***

Dear Judge Abrams:

We represent plaintiffs, Cerovene, Inc. and Dr. Reddy's Laboratories, Inc. (collectively, "Plaintiffs"), in the above-referenced action against defendant Fukuzyu Pharmaceutical Co., Ltd. ("Fukuzyu"), and write pursuant to the Court's January 25, 2024, Order scheduling an initial conference for April 12, 2024.

Fukuzyu is a Japanese entity and Plaintiffs are in the process of serving Fukuzyu pursuant to the Hague Service Convention. We are advised that this process will take six months or more. Accordingly, we request that the Court adjourn the April 12, 2024, initial conference (and related deadlines to submit the joint letter and proposed case management plan) for six months, at which time the parties can make the required joint submissions or, if Fukuzyu has not been served, Plaintiffs will provide the Court with another update.

We thank the Court for its time and attention to this matter.

Respectfully,

GREENBERG TRAURIG, LLP

By: *Roger B. Kaplan*

Roger B. Kaplan
*Attorneys for Cerovene, Inc., and Dr. Reddy's Laboratories, Inc.*

**Greenberg Traurig, LLP | Attorneys at Law**

500 Campus Drive | Suite 400 | Florham Park, New Jersey 07932 | T +1 973.360.7900 | F +1 973.301.8410

Albany. Amsterdam. Atlanta. Austin. Berlin˚. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London˚. Long Island. Los Angeles. Mexico City˚. Miami. Milan˚. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul˚. Shanghai. Silicon Valley. Singapore˚. Tallahassee. Tampa. Tel Aviv˚. Tokyo˚. Warsaw˚. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ˚Greenberg Traurig Germany, LLP, ˚A separate UK registered legal entity; ˚Greenberg Traurig, S.C.; ˚Greenberg Traurig Santa Maria; ˚Greenberg Traurig LLP Foreign Legal Consultant Office; ˚Greenberg Singapore LLP; ˚A branch of Greenberg Traurig, P.A., Florida, USA; ≠GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubengoshi Jimusho; ˚Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

ADMIN 693432234v1