UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CEROVENE, INC. and DR. REDDY'S
LABORATORIES, INC.,

                          Plaintiffs,                         24-CV-464 (RA)

           -against-                        **ORDER SCHEDULING**
                                                  **SETTLEMENT CONFERENCE**

FUKUZYU PHARMACEUTICAL CO., LTD.,

                          Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Tuesday, December 3, 2024 at 2:30 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at [https://www.nysd.uscourts.gov/hon-valerie-figueredo](https://www.nysd.uscourts.gov/hon-valerie-figueredo)). Pre-conference submissions must be received by the Court no later than **Tuesday, November 26, 2024.**

**SO ORDERED.**

DATED:    New York, New York
               August 27, 2024

                                                               _____
                                                               VALERIE FIGUEREDO
                                                              United States Magistrate Judge